# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

**Name of Offender**
Douglas Tavis

**Docket Number**
CR 00-40237-1 CW

FILED
SEP 26 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Name of Sentencing Judge:** The Honorable Claudia Wilken
Chief United States District Judge

**Date of Original Sentence:** April 8, 2002

**Original Offense**
Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), a Class C Felony
Count Two: Possession of Methamphetamine with Intent to Distribute, 21 U.S.C. § 841(a)(1), a Class B Felony

**Original Sentence:** Imprisonment for 176 months (120 months (statutory maximum) on Count One and 176 months on Count Two, to run concurrent; five years supervised release.
**Special Conditions:** Special assessment $200.00; fine $5,000.00; no alcohol; drug/alcohol treatment; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Stephen G. Corrigan

**Date Supervision Commenced**
June 24, 2013
**Defense Counsel**
John Paul Reichmuth (AFPD)

### Petitioning the Court

To modify the conditions of probation as follows:

    The offender shall make monthly payments in the amount of $100.00.

RE: Tavis, Douglas 2
CR 00-40237-1 CW

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated special condition number five that the defendant shall pay any fine that is ordered as of the judgment. |

The offender was ordered to pay a fine in the amount of $5,000.00. While Mr. Tavis was in the custody of the Bureau of Prisons, he made regular monthly payments toward his financial obligation. On July 18, 2013, he made a payment in the amount of $90.36. The offender did not make a payment in August of 2013 due to a financial hardship, however will commence monthly payments in September of 2013. At present, he owes a total of $2,125.00 toward his fine.

Evidence to support this charge is contained in the Offender Payment Enhanced Report Access (OPERA) dated September 18, 2013.

### Cause

Douglas Tavis commenced his term of supervised release on June 24, 2013. On August 28, 2013, he successfully attained full time employment with Petrochem in Richmond, California and earns $17.72 per hour. At present, Mr. Tavis has a fine balance in the amount of $2,125.00

It is respectfully recommended the offender make monthly payments in the amount of $100.00. This will enable him to put forth a good faith effort to become compliant with his financial obligation. A financial investigation was recently conducted and it does not appear the offender is living outside his means and the said monthly payment amount of $100.00 is feasible for the offender.

Respectfully submitted,

_____
Shaheen Shah
Untied States Probation Officer
Date Signed: September 18, 2013

Reviewed by:

_____
Amy Rizor
Supervisory Untied States Probation Officer

RE: Tavis, Douglas 3
CR 00-40237-1 CW

THE COURT ORDERS:

☒ To modify the conditions of probation as follows:

    The offender shall make monthly payments in the amount of $100.00.

☐ Submit a request for a warrant
☐ Submit a request for summons
☐ Other:

_____SEP 2 6 2013_____        _____/s/ Claudia Wilken_____
Date                                             Claudia Wilken
                                                           Chief United States District Judge

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: Douglas Tavis
Docket No.: CR 00-40237-1 CW

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender shall make monthly payments in the amount of $100.00.

☐ *continued on next page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at Oakland.

Signed: _____  Date: 9/10/2013
Probationer or Supervised Releasee

Witness: _____  Date: 9-10-2013
Shaheen Shan
U.S. Probation Officer